UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-22555-CIV-MARTINEZ

MT. HAWLEY INSURANCE COMPANY,

    Plaintiff,

v.

LEGACY PROTECTION &
INTELLIGENCE AGENCY, LLC,
RAYMOND ORTEGA, and
ANTONIO LLERENA,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    **THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Final Default Judgment Against Defendant Legacy Protection & Intelligence Agency, LLC (the "Motion"). (ECF No. 50). Judge Sanchez filed an R&R recommending that Plaintiff's Motion be denied without prejudice. (ECF No. 59). The Court has reviewed the entire file and record, and notes that no objections have been filed.

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 59), is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ORDERED** that Plaintiff's Motion for Entry of Final Default Judgment Against Defendant Legacy Protection & Intelligence Agency, LLC, (ECF No. 50), is **DENIED WITHOUT PREJUDICE** pending final disposition or other resolution of the claims asserted against the non-defaulted Defendants, and the counterclaims asserted by the non-defaulted Defendants against the Plaintiff.

    **DONE AND ORDERED** in Miami, Florida, this 10 day of July, 2025.

                                                              _____
                                                              JOSE E. MARTINEZ
Copies provided to:                             UNITED STATES DISTRICT JUDGE
Magistrate Judge Sanchez
All Counsel of Record